UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | BANKRUPTCY NO. |
| MATTHEW J. SMITH, | ) | 05-5398C |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| HABBO G. FOKKENA, | ) | ADVERSARY |
| | ) | NO. 06-9071 |
| U.S. Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW J. SMITH, | ) | |
| | ) | |
| Defendant, | ) | |

ORDER GRANTING MOTION
TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

On November 27, 2006, the U.S. Trustee filed a Motion to Compel Response to Request for Production of Documents. For good cause shown, the Motion to Compel should be granted.

**IT IS ORDERED** that the U.S. Trustee's Motion to Compel is granted and the Debtor is given to and including December 5, 2006 to provide to the U.S. Trustee their Response to Request for Production of Documents, or provide the U.S. Trustee with a signed authorization to contact the IRS to verify that the Debtor has not filed a 2005 Federal Tax Return.

DATED AND ENTERED: November 28, 2006

_____
Paul J. Kilburg
Bankruptcy Judge

Prepared by :
Office of U.S. Trustee
ID #76543